DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANTWAN CONELL JOHNSON JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2629

_____

December 12, 2025

Appeal from the Circuit Court for Hillsborough County; Nick Nazaretian, Judge.

Blair Allen, Public Defender, and Matthew J. Salvia, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, LaROSE, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior publication.